IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACY PARSONS, | |
| Plaintiff, | 8:23CV429 |
| vs. | |
| ALLIED VAN LINES, INC., | ORDER OF DISMISSAL |
| Defendant. | |

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. (Filing No. 20.) Having reviewed the matter, the Stipulation will be granted.

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 11th day of July, 2024.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge